UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ANOWAR MIAH,

                                        Plaintiff,

        -against-

GPH PARTNERS LLC,

                                        Defendant.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _1/18/17_

Case No.: 1:16-cv-05164 (PKC)

## STIPULATION AND ORDER OF FINAL DISMISSAL WITH PREJUDICE OF PLAINTIFF'S CLAIMS

IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiff Anowar Miah ("Plaintiff") and Defendant GPH Partners LLC ("Defendant") that the Negotiated Settlement Agreement and Release of FLSA Claims in this matter having been reviewed by the Court and found to be fair and reasonable, Plaintiff Anowar Miah's claims in the above-captioned action shall be dismissed in their entirety, with prejudice, in accordance with the terms of the Negotiated Settlement Agreement and Release.

                            Respectfully submitted,

DAVID ABRAMS, ESQ.
*Attorneys for Plaintiff*
305 Broadway, Suite 601
New York, NY 10007
Tel. No. (212) 897-5821

By: _____
        David Abrams

Dated: __12/29__, 2016

JACKSON LEWIS P.C.
*Attorneys for Defendant*
666 Third Avenue, 29th Floor
New York, NY 10017
Tel. No. (212) 545-4000

By: _____
        Jason A. Zoldessy
        Shawn N. Butte

Dated: __Jan. 3__, 2017

SO ORDERED on this ___11th___ day of ___January___, 2016.

_____

Hon. P. Kevin Castel
United States District Judge